Luzviminda Ramirez
5246 Hermitage Ave.
Valley Village, Ca. 91607
(818) 433-2286
Attorney In Pro Per

FILED
OCT 2 5 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY JR Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT, CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| LUZVIMINDA RAMIREZ, | CASE NO.: **SV08-16926-KT** |
| Debtor | **OPPOSITION TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CH. 13 PROCEEDING** |
| | DATE: |
| | TIME: |
| | DEPT. |

Take notice that the debtor, LUZVIMINDA RAMIREZ, opposes the trustee's Notice of Motion and Motion for Order Dismissing Chapter 13 proceeding.

Based on the file and records of the debtor as well as Objection to Claim of U.S. Treasury, Internal Revenue Service, sustained, entered July 8, 2010, the trustee's Notice of Motion and Motion for Dismissal should be denied.

The opposition is based on any Points and Authorities, Declarations or other evidence presented at the time of the hearing.

The debtor is a party who is interested in opposing the motion.

Dated: October 22, 2010

_Luzviminda Ramirez_
Luzviminda Ramirez, Chapter 13 Debtor

OPPOSITION TO TRUSTEE'S NOTICE OF MOTION, MOTION FOR ORDER DISMISSING CH. 13 PROCEEDINGS - SV08-16926-KT

# DECLARATION OF LUZVIMINDA RAMIREZ IN SUPPORT OF OPPOSITION TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING

I, LUZVIMINDA RAMIREZ, declare;

I have personal knowledge of the background facts and circumstances regarding the debtor in bankruptcy proceeding. If called to testify, could do so competently.

I have an interest in the proceedings and in opposing the Notice of Motion and Motion for Order Dismissing Chapter 13 proceedings.

On or about July 8, 2010, the objection to claim of U.S. Trustee Internal Revenue Service was sustained.

My understanding of this is that there is no longer payments required to the Internal Revenue Service because of the objection to the Internal Revenue Service claim having been sustained.

I am enclosing a copy of the Objection to Claim of U.S. Trustee - Internal Revenue Service, Sustained, entered July 8, 2010, filed July 7, 2010. This sustaining of the objection to the Internal Revenue Service claim should be enough to oppose the trustee's Notice of Motion and Motion.

Further, I have substituted the existing representative of record and replaced him with myself.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on October 22, 2010.

_____
Luzviminda Ramirez

DECLARATION OF LUZVIMINDA RAMIREZ - CASE NO. SV08-16926-KT

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DEAN J. SELIMOS<br>4920 LANKERSHIM BLVD<br>NORTH HOLLYWOOD CA (91601<br>818 769-0664  #101941<br><br>☒ Attorney for  LUZVIMINDA RAMIREZ<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | ENTERED JUL -8 2010<br>FILED JUL 07 2010 |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER SV-08-16926-KT |
| In re: LUZVIMINDA RAMIREZ<br><br><br>Debtor(s). | (~~No Hearing Required~~)<br>DATE: 6/8/10<br>TIME: 9:00 A.M.<br>LOCATION: COURTROOM 301 |

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER:** OBJECTION TO CLAIM OF U.S. TREASURY - INTERNAL REVENUE SERVICE

Based on Debtor's Motion filed on MAY 4, 2010 as docket entry number _____ and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☒ ~~GRANTED~~ SUSTAINED    ☐ DENIED

☐ GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐ GRANTED on the following conditions:

LODGED JUN 30 2010

*(This Order is continued on the next page.)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                                                              F 3015-1.14

Order on Chapter 13 Debtor's Motion – *Page 2*    **F 3015-1.14**

| In re: LUZVIMINDA RAMIREZ | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV-08-16926-KT |

☐ Set for Hearing on JUNE 8, 2010    at WOODLAND HILLS, CA 91367

Dated:   JULY 7,    2010

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008    F 3015-1.14

| In re:<br>LUZVIMINDA RAMIREZ<br><br>Debtor(s). | CHAPTER: 13<br>CASE NUMBER: SV08-16926-KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5246 HERMITAGE AVE., VALLEY VILLAGE, CA 91607

A true and correct copy of the foregoing document described as OPPOSITION TO TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CH. 13 PROCEEDING will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On OCTOBER 25, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/25/10 | FRANCIS RAMIREZ | /s/ Francis Ramirez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                 F 9013-3.1

| Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 4* | | **F 3015-1.18** |
|---|---|---|
| In re:<br>LUZVIMINDA RAMIREZ | Debtor(s). | CHAPTER 13<br>CASE NUMBER SV08-16926-KT |

## ADDITIONAL SERVICE INFORMATION (if needed):

ELIZABETH ROJAS, 15060 VENTURA BLVD., STE. 240, SHERMAN OAKS, CA. 91403

LUZVIMINDA RAMIREZ, 5246 HERMITAGE AVE., VALLEY VILLAGE, CA. 91607

U.S. BANKRUPTCY COURT CLERK, 21041 BURBANK BLVD., WOODLAND HILLS, CA. 91367

JENNIFER BRAUN, ASSISTANT U.S TRUSTEE, 21051 WARNER CENTER LANE, STE. 115, WOODLAND HILLS, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 3015-1.18**